# United States District Court

<u>**EASTERN**</u>     **DISTRICT OF**     <u>**TENNESSE**</u>

RAYMOND WILLARD,                                    JUDGMENT IN A CIVIL CASE

          V.

MICHAEL J. ASTRUE,                                    CASE NUMBER: 3:12-cv-134
Commissioner of Social Security

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

    August 23, 2012                              Debra C. Poplin, Clerk
Date

                                                                    By   s/ *A. Brush*
                                                                         Deputy Clerk