# United States District Court

__**EASTERN**__ DISTRICT OF __**TENNESSE**__

RAYMOND WILLARD,                             JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,                         CASE NUMBER: 3:12-cv-134
Commissioner of Social Security

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

       August 23, 2012                             Debra C. Poplin, Clerk
Date

                                                                      By    s/ *A. Brush*
                                                                        Deputy Clerk